February 22, 2011. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner granted.

**No. 10M72. Suzanne Mersereau Searles, Petitioner v. West Hartford Board of Education, et al.**

562 U.S. 1213, 131 S. Ct. 1552, 179 L. Ed. 2d 296, 2011 U.S. LEXIS 1349.

February 22, 2011. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

**No. 10M73. Wellington Yee Yun Pang, et ux., Petitioners v. First Hawaiian Bank.**

562 U.S. 1213, 131 S. Ct. 1552, 179 L. Ed. 2d 296, 2011 U.S. LEXIS 1435.

February 22, 2011. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

**No. 10M74. Anthony Falso, Petitioner v. Sutherland Global Services, et al.**

562 U.S. 1213, 131 S. Ct. 1553, 179 L. Ed. 2d 296, 2011 U.S. LEXIS 1343.

February 22, 2011. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

**No. 09-1476. Borough of Duryea, Pennsylvania, et al., Petitioners v. Charles J. Guarnieri.**

562 U.S. 1213, 131 S. Ct. 1553, 179 L. Ed. 2d 296, 2011 U.S. LEXIS 1466.

February 22, 2011. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 09-11121. J. D. B., Petitioner v. North Carolina.**

562 U.S. 1214, 131 S. Ct. 1553, 179 L. Ed. 2d 296, 2011 U.S. LEXIS 1401.

February 22, 2011. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 10-537. Osage Nation, Petitioner v. Constance Irby, Secretary-Member of the Oklahoma Tax Commission, et al.**

562 U.S. 1214, 131 S. Ct. 1553, 179 L. Ed. 2d 296, 2011 U.S. LEXIS 1354.

February 22, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States. Justice Kagan took no part in the consideration or decision of this petition.